fice of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Serge L. Mezheritsky, Safford, AZ, pro se.

Before: RYMER, MCKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Serge L. Mezheritsky appeals pro se from the district court's denial of his motion to reduce his sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Mezheritsky contends that re-sentencing is required pursuant to Fed.R.Crim.P. 35 or 18 U.S.C. § 3582(c)(2) because the district court erred by assigning him criminal history points from a sentence that was related to the instant conviction. This contention fails because the district court lacked authority to reconsider his sentence. *See United States v. Marler*, 527 F.3d 874, 878 n. 1 (9th Cir.2008) (noting that Amendment 709 concerning criminal history calculations does not apply retroactively); *see also United States v. Hetrick*, 644 F.2d 752, 756 (9th Cir.1980) (stating that the timely filing of Rule 35 motion is jurisdictional).

Mezheritsky also contends for the first time in his reply brief that he is entitled to relief pursuant to Fed.R.Crim.P. 36. Even if it is preserved, this contention lacks merit. *See United States v. Kaye*, 739

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

F.2d 488, 491 (9th Cir.1984) ("Rule 36 applies to clerical errors only.").

**AFFIRMED.**

**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Melvin LEWIS, Defendant–Appellant.**

No. 09–50239.

United States Court of Appeals,
Ninth Circuit.

Submitted April 5, 2010.*

Filed April 21, 2010.

Carole C. Peterson, Esquire, Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kathryn Ann Young, Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: RYMER, MCKEOWN, and PAEZ, Circuit Judges.

## MEMORANDUM **

Melvin Lewis appeals from the district court's order granting in part and denying in part his 18 U.S.C. § 3582(c)(2) motion for a sentence reduction. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Lewis' counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED**.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

